# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: William David Hicks,  )   CASE # 16-30045-KKS
                             )
Debtor.                      )   CHAPTER 13

## ORDER SUSTAINING DEBTOR'S OBJECTION TO
## CLAIM #2 OF COLLINS ASSET GROUP LLC (Doc. 23)

This matter is before the Court upon the Debtor's Objection to Claim #2 of Collins Asset Group LLC, (the "Claimant") filed by Negative Notice. No party filed an objection within the proscribed time period and the Court considers the matter unopposed. It is

ORDERED

1. The Objection to Claim #2 SUSTAINED.

2. Claim #2 of Collins Asset Group LLC in the amount of $11,492.87 shall be disallowed in its entirety.

DONE AND ORDERED this __21st__ day of September 2016.

_____
**KAREN K. SPECIE**
**U.S. BANKRUPTCY JUDGE**

Attorney, Martin S. Lewis is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order
Order prepared by Lewis & Jurnovoy (Amended in Chambers)